Case 5:20-mj-01045-HNJ Document 1 Filed 07/21/20 Page 1 of 4
Case 3:20-cr-00120-FDW *SEALED* Document 4 Filed 07/16/20 Page 1 of 2
Local AO 442 (Rev. 10/11) Arrest Warrant

FILED
2020 Jul-21 PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Whitehorse Ducharme, a/k/a Stanley Ducharme<br>*Defendant* | )<br>)<br>) Case No. 3:20-cr-120<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Whitehorse Ducharme, a/k/a Stanley Ducharme, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Aggravated Sexual Abuse of a Minor (Counts 1-3)

Date: 07/16/2020

/s/ Pamela Bloomquist-Burman
*Issuing officer's signature*

City and state: Fargo, ND

Pamela Bloomquist-Burman, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| WHITEHORSE DUCHARME,<br>a/k/a STANLEY DUCHARME | Violations:  18 U.S.C. §§ 2241(c) and 1152 |

COUNT ONE

**Aggravated Sexual Abuse of a Minor**

The Grand Jury Charges:

In or about 2004, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

WHITEHORSE DUCHARME, a/k/a STANLEY DUCHARME,

did knowingly engage in and attempt to engage in a sexual act with a person who had not attained the age of 12 years, namely, T.G., an Indian child, and the sexual act consisted of contact between the mouth of T.G. and the penis of WHITEHORSE DUCHARME, a/k/a STANLEY DUCHARME;

In violation of Title 18, United States Code, Sections 2241(c) and 1152.

## COUNT TWO

### Aggravated Sexual Abuse of a Minor

The Grand Jury Further Charges:

From in or about 2009 until in or about 2014, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

WHITEHORSE DUCHARME, a/k/a STANLEY DUCHARME,

did knowingly engage in and attempt to engage in a sexual act with a person who had not attained the age of 12 years, namely, L.W., an Indian child, and the sexual act consisted of the intentional touching of the genitalia, not through the clothing, of L.W. with an intent to abuse, humiliate, harass, degrade, arouse, and gratify the sexual desires of any person;

In violation of Title 18, United States Code, Sections 2241(c) and 1152.

COUNT THREE

**Aggravated Sexual Abuse of a Minor**

The Grand Jury Further Charges:

In or about 2014 until in or about 2016, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

WHITEHORSE DUCHARME, a/k/a STANLEY DUCHARME,

did knowingly engage in and attempt to engage in a sexual act with a person who had not attained the age of 12 years, namely, M.D., an Indian child, and the sexual act consisted of contact between the mouth of M.D. and the penis of WHITEHORSE DUCHARME, a/k/a STANLEY DUCHARME;

In violation of Title 18, United States Code, Sections 2241(c) and 1152.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Drew H. Wrigley
DREW H. WRIGLEY
United States Attorney

DMD/vt